1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:12-MJ-0032-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| DONALD R. LEMOS, II, | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for JUNE 19, 2018.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on July 25, 2017.

.

Dated:  June 15, 2018                    NATIONAL PARK SERVICE


                                          /S/ Susan St. Vincent_____
                                         Susan St. Vincent
                                         Legal Officer

1

## **ORDER**

Upon application of the United States, good cause having been shown, IT IS HEREBY ORDERED that the review hearing scheduled for June19, 2018, in the above-referenced matter, *United States v. Lemos*, *6:12-mj-0032-MJS*, be vacated.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:  June 15, 2018                          /s/ *Jeremy D. Peterson*
                                               UNITED STATES MAGISTRATE JUDGE